

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO ESPINOZA GUTIERREZ,<br><br>Defendant. | Case No. CR 11-992-PA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 21, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Deputy Federal Public Defender ("DFPD") Summer Lacey was appointed to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition, unknown background information, lack of legal status, and prior deportation;
>
> ☒ lack of available viable surety

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the violation petition include illegally entering the United States without obtaining permission from the U.S. Probation Office, following deportation and removal .

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: November 21, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE